JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANDREAS YANIK,<br><br>             Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>             Defendants. | Case No. 2:24-cv-01409-RFB-DJA |

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION TO DISMISS (ECF 5)**
**(First Request)**

Plaintiff and Defendant have stipulated and agreed to an extension of time from August 23, 2024 to August 30, 2024 for Plaintiff to file his Response to *Travelers Property Casualty Company of America's Motion to Dismiss* (ECF 5) filed on August 8, 2024.  The reasons for supporting this stipulation are as follows: Bowen Law Offices was just recently retained to represent Plaintiff. Plaintiff's counsel now requires additional time to meet and confer with his clients to prepare a response. The parties are also discussing potential resolution of the pending motion through a stipulation granting leave to amend.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 23rd day of August, 2024.

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
ANETA MACKOVSKI, ESQ.
Nevada Bar No. 10397
Attorneys for Plaintiff

Dated this 23rd day of August, 2024.

**CLYDE & CO US LLP**

*/s/ Justin S. Hepworth, Esq.*
AMY M. SAMBERG, ESQ.
Nevada Bar No. 10212
JUSTIN S. HEPWORTH, ESQ.
Nevada Bar No. 10080
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26 day of August 2024.