JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ANDREAS YANIK,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Defendants. | Case No. 2:24-cv-01409-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 1st day of May, 2025.              Dated this 1st day of May, 2025.

**BOWEN LAW OFFICES**                          **CLYDE & CO US LLP**

*/s/ Jerome R. Bowen, Esq.*                    */s/ Justin S. Hepworth, Esq.*
JEROME R. BOWEN, ESQ.                          AMY M. SAMBERG, ESQ.
Nevada Bar No. 4540                            Nevada Bar No. 10212
ANETA MACKOVSKI, ESQ.                          JUSTIN S. HEPWORTH, ESQ.
Nevada Bar No. 10397                           Nevada Bar No. 10080
Attorneys for Plaintiff                        Attorney for Defendant

YANIK v. TRAVELERS  
Case No. 2:24-cv-01409-RFB-DJA  
STIPULATION AND ORDER TO DISMISS  
WITH PREJUDICE

## ORDER

Based upon the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of May, 2025.

Submitted by:

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
*ATTORNEY FOR PLAINTIFF*